```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD KEITH,
                Plaintiff,

11 **CIVIL** 3577 (KPF)

-against-

**JUDGMENT**

CITY OF NEW YORK, et al.,
                Defendants.
------------------------------------------------------------X

      Defendants having moved for summary judgment as to all of Plaintiff's claims, and the matter having come before the Honorable Katherine Polk Failla, United States District Judge, and the Court, on December 1, 2014, having rendered its Opinion and Order granting in part and denying in part Defendant's motion for summary judgment in part and denying in part, specifically, granting Defendants' motion for summary judgment as to Plaintiff's federal and state false arrest claims, granting as to Plaintiff's federal and state malicious prosecution claims, and granting as to Plaintiff's federal denial of fair trial claim, dismissing these claims with prejudice, granting Defendant's motion for summary judgment as to Plaintiff's state law failure to intervene and respondeat superior claims as to the individual Defendants and denying as to the City of New York, declining to exercise supplemental jurisdiction over these remaining state law claims and accordingly, dismissing Plaintiff's failure to intervene and respondeat superior claims against the City of New York without prejudice, and directing the Clerk of Court to close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 1, 2014, Defendants motion for summary judgment is granted in part and denied in part; specifically, Defendants' motion for summary judgment as to Plaintiff's federal and state false arrest claims is granted, as to Plaintiff's federal and state malicious prosecution claims is granted, and as to Plaintiff's federal denial of fair trial claim is granted; these

claims are accordingly dismissed with prejudice; Defendants' motion for summary judgment as to Plaintiff's state law failure to intervene and respondeat superior claims is granted as to the individual Defendants and denied as to the City of New York; however, the Court declines to exercise supplemental jurisdiction over these remaining state law claims; accordingly, Plaintiff's failure to intervene and respondent superior claims against the City of New York are dismissed without prejudice and the case is closed.

**Dated:** New York, New York
December 3, 2014

**RUBY J. KRAJICK**
Clerk of Court
BY: _____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____